**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRIC OF FLORIDA**
**TAMPA DIVISION**

**KRISTEN REITER**

    **Plaintiff,**

v.                                                          Case # 8:17-cv-157-SCB-MAP

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPNAY,**

    **Defendant.**

_____/

**NOTICE OF SETTLEMENT AND REQUEST FOR**
**ADMINISTRATIVE CLOSURE**

    The Plaintiff, Kristen Reiter, by and through the undersigned attorney, hereby advises the court that the parties have reached an amicable settlement in principle. The parties have not yet consummated the paperwork necessary to a full resolution of this case, and the Plaintiff requests that the court administratively close this matter for 60 days pending a resolution of all paperwork related to the parties' settlement agreement.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on the **17th day of October, 2017,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record: Wendy Furman, Edison, McDowell & Hetherington, LLP, 2101 NW Corporate Blvd., Suite 316, Boca Raton FL 33431.

                                                             **/s/   John V. Tucker_____**
                                                             JOHN V. TUCKER, ESQUIRE
                                                             Florida Bar # 899917
                                                             TUCKER & LUDIN, P.A.
                                                             5235 16th Street North
                                                             St. Petersburg, FL  33703-2611
                                                             Telephone:     (727) 572-5000
                                                             Fax:                 (727) 571-1415
                                                             E-Mail:            tucker@tuckerludin.com
                                                             Attorney for Plaintiff and Trial Counsel